Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
13, 2007








Petition
for Writ of Mandamus Denied and Memorandum Opinion filed March 13, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00081-CV

____________

 

IN RE HOPE FOR KIDS FOUNDATION 

A/K/A H4K FOUNDATION LLC, 

Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
February 12, 2007, relator Hope for Kids Foundation, a/k/a H4K Foundation LLC,
filed a petition for writ of mandamus in this court, seeking an order
compelling respondent, the Honorable Reece Rondon, presiding judge of the 234th
District Court, Harris County, Texas, to vacate an order striking relator=s response to a summary judgment
motion.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1. 








Relator has failed to establish that
the trial court=s order is an abuse of discretion for which it has no
adequate remedy by appeal.  See In re Ford Motor Co., 165 S.W.3d 315,
317 (Tex. 2005).  Accordingly, we deny relator=s petition for writ of mandamus.                                                                                 

 

PER CURIAM

 

Petition Denied and Memorandum Opinion filed March 13,
2007.

Panel consists of Justices Yates, Anderson, and
Hudson.